IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

IN RE:

WESLEY SCHAFFER
        Debtor

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITIES CORP.,
CSAB MORTGAGE-BACKED PASS-
THROUGH CERTIFICATES, SERIES 2006-4
        Movant
        v.
WESLEY SCHAFFER
        Respondent

BK. No. 18-14905-jkf

Chapter No. 13

11 U.S.C. §362

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 20th day of November, 2018, at PHILADELPHIA, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSAB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-4** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 126 WASHINGTON STREET, EAST GREENVILLE, PA 18041-1412 N/K/A 126 WASHINGTON ST, EAST GREENVILLE, PA 18041-1412(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM MILLER*R, ESQUIRE
(INTERIM CHAPTER 13 TRUSTEE)
2901 ST. LAWRENCE AVENUE
SUITE 100
READING, PA 19606

ALEXANDER G. TUTTLE, ESQUIRE
2303 N BROAD STREET, SUITE 2
COLMAR, PA 18915

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

WESLEY SCHAFFER
126 WASHINGTON ST
EAST GREENVILLE, PA 18041-1412

WESLEY SCHAFFER
126 WASHINGTON ST
EAST GREENVILLE, PA 18041